IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MIDWAY INSURANCE MANAGEMENT       :
INTERNATIONAL, INC.               :
                                  :
           Plaintiff,             :     CIVIL ACTION FILE
                                  :     NO. 1:20-cv-1481-SEG
v.                                :
                                  :
ACCIDENT INSURANCE COMPANY,       :
INC. and TIMOTHY EDINGTON         :
                                  :
           Defendants.            :

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT FOR DEFENDANT ACCIDENT
INSURANCE COMPANY, INC.**

1.    The undersigned counsel of record for the Defendants in this action certifies

that the following is a full and complete list of all parties in this action, including

any parent corporation and any publicly held corporation that owns 10% or more of

the stock of a party:

      a. Plaintiff Midway Insurance Management International, Inc

      b. Defendant Accident Insurance Company, Inc.

      c. Defendant Timothy Edington

1

    d. Accident Insurance Holding Company, Inc.

2.     The undersigned further certifies that the following is a full and complete list

of all other persons, associations, firms, partnerships, or corporations having either

a financial interest in or other interest which could be substantially affected by the

outcome of this particular case:

    a. For Defendant Accident Insurance Company, Inc.:

        i. Robert Arowood

        ii. William Arowood

        iii. Citadel Reinsurance Company, Limited

        iv. Citadel International Reinsurance Company, Limited

        v. Winter Group, Inc.

        vi. Citadel Risk Services, Inc.

3.     The undersigned further certifies that the following is full and complete list of

all persons serving as attorneys for the parties in this proceeding:

    a. For Plaintiff Midway Insurance Management International, Inc.:

        i. Mr. Noah Green

Henefeld & Green, PC

3017 Bolling Way, NE

Suite 129

Atlanta, GA 30305

b. For Defendant Accident Insurance Company, Inc.:

    i. Mrs. Ivy A. Oxendine, Oxendine Law Group, PC

    ii. Mr. John W. Oxendine, Oxendine Law Group, PC

c. For Defendant Timothy Edington

    i. Mrs. Ivy A. Oxendine, Oxendine Law Group, PC

    ii. Mr. John W. Oxendine, Oxendine Law Group, PC

Respectfully submitted this 8th day of June 2022.

**Counsel for Defendants:** /s/ *Ivy A. Oxendine*

Ivy A. Oxendine
Georgia Bar No. 952891
Oxendine Law Group, PC
4370 Peachtree Road NE
First Floor
Atlanta, GA
(404) 844-8129
ivyoxendine71@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June 2022, the foregoing document was filed with the Clerk of the Court using the ECF system, which will effectuate service on all parties.

s/ *Ivy A. Oxendine*
Ivy A. Oxendine
*Attorney for Defendant,*
*Accident Insurance Company,*
*Inc.*

# CERTIFICATE OF COMPLIANCE

In compliance with N.D. Ga. R. 7.1D, I certify that the foregoing Certificate of Interested Persons and Corporate Disclosure Statement for Defendant Accident Insurance Company, Inc. has been prepared in conformity with N.D. Ga. R. 5.1. This motion was prepared with Times New Roman (14 point) type, with a top margin of one and one-half (1.5) inches and a left margin of one (1) inch.

s/ *Ivy A. Oxendine*
Ivy A. Oxendine
*Attorney for Defendant,*
*Accident Insurance Company,*
*Inc.*